1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LISA MURAWSKI,

12              Petitioner,                    2:08-cv-0207-GEB-EFB-P

13        vs.

14  TINA HORNBEAK,

15              Respondent.              <u>ORDER</u>

16  _____/

17              Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

18  of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20              On January 28, 2009, the magistrate judge filed findings and recommendations

21  herein which were served on all parties and which contained notice to all parties that any

22  objections to the findings and recommendations were to be filed within twenty days.  Petitioner

23  has filed objections to the findings and recommendations.[1]

24              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local

25  _____

26        [1] Petitioner has also filed an application for a certificate of appealability.  Prior to the
    entry of judgment, such an application is premature and is denied without prejudice.

                                              1

Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed January 28, 2009, are adopted in full;

2.  Respondent's June 6, 2008 motion to dismiss is granted; and,

3.  This action is dismissed on the ground that the petition is second or successive and petitioner has not demonstrated that the Ninth Circuit has granted her leave to file it in this court.

Dated:  March 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge