IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA MURAWSKI,

    Petitioner,                    2:08-cv-0207-GEB-EFB-P

    vs.

TINA HORNBREAK,

    Respondent.                <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's dismissal of her application for a writ of habeas corpus as successive. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

| | |
|---|---|
| 1 | Where, as here, the petition was dismissed on procedural grounds, a certificate of |
| 2 | appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it |
| 3 | debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of |
| 4 | reason would find it debatable whether the petition states a valid claim of the denial of a |
| 5 | constitutional right.'" <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v.</u> |
| 6 | <u>McDaniel</u>, 529 U.S. 473, 484 (2000)). |
| 7 | After careful review of the entire record herein, this court finds that petitioner has |
| 8 | not satisfied the first requirement for issuance of a certificate of appealability in this case. |
| 9 | Specifically, there is no showing that jurists of reason would find it debatable whether |
| 10 | petitioner's application for a writ of habeas corpus was successive. Accordingly, a certificate of |
| 11 | appealability should not issue in this action. |

Dated: April 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge